# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-74 |
| | * | |
| v. | * | |
| | * | |
| GLYNN COUNTY STATE COURT; and | * | |
| GLYNN COUNTY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's June 8, 2016, Report and Recommendation, dkt. no. 4, to which Objections have been filed.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, as supplemented herein, as the opinion of the Court and **OVERRULES** Plaintiff's Objections, dkt. nos. 6, 10. The Court **DISMISSES** Plaintiff's Complaint and

---

[1] Plaintiff states in his Objections that his previous claims do not count as strikes because some were dismissed without prejudice. However, even claims dismissed without prejudice may count as strikes. Rivera v. Allin, 144 F.3d 719 (11th Cir. 1998) (abrogated on other grounds by Jones v. Bock, 549 U.S. 199 (2007)). The Court also notes that, although the Report and Recommendation mis-cited Plaintiff's prior cases, the analysis is still applicable, and the cases are still strikes. The appropriate citations are: Fredrick v. Danforth, et al., No. 3:14-cv-162 (S.D. Ga. April 27, 2015); Fredrick v. Scarlett, et al., No. 2:15-cv-135 (S.D. Ga. Dec. 8, 2015); and Fredrick v. Hooks, et al., No. 3:14-cv-153 (S.D. Ga. May 18, 2015).

**DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA